IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN WALLENBURG, Physicion;<br><br>Defendant. | 8:22CV321<br><br>**MEMORANDUM AND ORDER** |

On November 1, 2022, the Court ordered Plaintiff to sign his Complaint, Filing No. 1, and either pay the $402.00 filing and administrative fees or submit a request to proceed in forma pauperis ("IFP") on or before December 1, 2022, or face dismissal of this action. See Filing No. 5. On November 9, 2022, Plaintiff filed materials that were docketed as correspondence, Filing No. 6, a motion to proceed IFP, Filing No. 7, and a response to the Court's November 1, 2022 Memorandum and Order, Filing No. 8. The materials are rambling and incomprehensible, and Plaintiff's IFP motion, though submitted on the Form AO 240, is incomplete. Most significantly, neither Plaintiff's correspondence, Filing No. 6, or response, Filing No. 8, correct the technical defect in Plaintiff's Complaint.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. Plaintiff's pending motion to proceed IFP, Filing No. 7, is denied as moot.

3. The Court will enter judgment by a separate document.

Dated this 2nd day of December, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge