IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUSAN WALLENBURG, Physicion;<br><br>                    Defendant. | 8:22CV321<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on correspondence from the Plaintiff, which the Court has docketed as a motion. Filing No. 11. Plaintiff's motion consists of a copy of the Court's November 1, 2022 Memorandum and Order, Filing No. 5, directing Plaintiff to correct certain technical defects to which Plaintiff has added handwritten notations in the caption that appear to be additional descriptors of the parties as well as a notation that states, "Refile Appeal And Occupations Held By Walter Holloway." Filing No. 11 at 1. Also attached to Plaintiff's motion is what appears to be a job posting for a billboard installer in Ohio with Plaintiff's handwritten notation that states, "Looking for Omaha Records of Working For LAMAR Billboards as well if I get better to consider-Part-time Employment call me at [phone number] Mr. Mrs[.] Holloway." *Id.* at 3.

The Court cannot discern what relief, if any, Plaintiff is seeking from the Court. This case was dismissed without prejudice on December 2, 2022, because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. Filing No. 9; Filing No. 10. To the extent Plaintiff's motion may be construed as seeking relief from the Court's judgment of dismissal, Plaintiff has not demonstrated any grounds for warranting such relief. Upon consideration,

2

IT IS THEREFORE ORDERED that: Plaintiff's correspondence, Filing No. 11, construed as a motion, is denied.

Dated this 1st day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge