IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>      Plaintiff,<br><br>vs.<br><br>SUSAN WALLENBURG, Physicion;<br><br>      Defendant. | 8:22CV321<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on correspondence from Plaintiff Walter H. Holloway filed on May 8, 2023. Filing No. 13. Plaintiff's correspondence is rambling and nonsensical. Plaintiff attached a copy of the Court's May 1, 2023 Memorandum and Order, Filing No. 12, which construed his previous correspondence, Filing No. 11, as a motion and denied the motion as the Court could not discern what relief, if any, Plaintiff sought. In his latest correspondence, Plaintiff appears to express frustration about not receiving the response or assistance he desires, but, again, the Court cannot discern what relief Plaintiff seeks from the Court and the statements in his correspondence appear delusional and not based in fact or reality. *See, e.g.*, Filing No. 13 at 2. Accordingly, the Court will take no action on Plaintiff's correspondence.

  Additionally, the Court admonishes Plaintiff to refrain from filing any other materials in this case as this matter is closed. The Court will not take any action on any further correspondence or other documents filed in this case that do not comply with federal and the Court's local pleading rules and do not clearly specify the relief sought.

This Court is well aware of Plaintiff's propensity for filing frivolous lawsuits[1] as well as extraneous supplemental pleadings, motions, correspondence, and other materials, which resulted in the Court imposing filing restrictions on Plaintiff on December 17, 2020, limiting him to filing one pro se, in forma pauperis complaint per month. Filing No. 6, Case No. 8:20CV490. Thus, the Court will not expend its limited resources addressing any more of Plaintiff's incomprehensible filings in this, or any other, closed case.

IT IS THEREFORE ORDERED that: The Court will not take any action on Plaintiff's correspondence, Filing No. 13, nor will it take any action on future materials filed in this case that do not comply with pleading rules and do not clearly specify the relief sought. This matter is closed and Plaintiff shall not file any additional materials in this case.

Dated this 12th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

---

[1] Since 2018, Plaintiff has filed at least twenty-three pro se, in forma pauperis cases, none of which has passed initial review under 28 U.S.C. § 1915(e)(2) so as to be able to proceed to service of process. *See, e.g.*, Filing No. 9 at 3 n.2, Case No. 8:21CV207 (listing a sampling of cases dismissed as frivolous).